UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIA BARNES-PERRILLIAT,<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTH OF MARKET HEALTH CENTER, et al.,<br><br>    Defendants. | Case No. 20-cv-02368-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on April 8, 2020. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that July 7, 2020 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed.

IT IS HEREBY ORDERED that by no later than August 26, 2020, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

The August 18, 2020 case management conference is CONTINUED to October 20, 2020. The case management conference statement is due by October 13, 2020.

**IT IS SO ORDERED.**

Dated: August 12, 2020

                                                _____
                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge